United States District Court
Northern District of California

FILED
Jan 26 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Thomas Burd #S-09454
Plaintiff

v.

Google Head Quaters CEO & All media outlets own by Google
Defendant

Complaint
Civil action No. _____
4:21-cv-00571 KAW

## Complaint

This is a Civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief Pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and rule 65 of the Federal Rules of Civil Procedure. Request Money For Damages

The Northern District of California is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

Plaintiff, Thomas Burd, is and was at all times mentioned herein a Prisoner of the State of Illinois in the Custody of the Illinois Department of Corrections. He is currently confined in Centralia Correctional Center in Centralia, IL

Defendant, Google Head Quaters CEO _____ is the ( )
He is legally responsible for the overall operation of the Company and each institution under its jurisdiction, including All other Media Outlets own by Google.

Page 1

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## Facts

For 11½ years Google Head Quaters has ran a Article saying Thomas Byrd Sexual Assualted his wife. Husband Charged w/ Sexual Assualt Google ran this accross all its media outlets. This is Not my charge. My Charges Are: Home Invasion & Agg Kidnapping

Google Head Quaters Ran a Picture of me with Sexual Assualt across the Hole Picture.

Google Head Quaters Also Says in the Article I told the Police "I'm Batman". Say it was out of a movie. This hole story was made up. My hole case I have the Transcript for. No where on it will it say I told the Police I'm batman. My Case has been on appeal Twice. No Lawyer, No Police or Not Thomas Byrd Said Any where I'm Batman. Google used this to get likes and downloads. Used my Face with a Picture of Batman & Robin

I'm seeking Punitive Damages; Amount __15 million__
I'm seeking Compensatory Damages; Amount __14 million__
Any other additional Relief this Court deems Just.
Jury Trial Requested [Yes]      Total __29 million__

Reason: Their Article left me open to verbal Harassment by inmates and officers. I was Assulted and got a broken Ankle w/ 7 screws in my Ankle. I've had to fight 11½ years from Article. Inmates having their family Google Thomas Byrd. Illmas case , Psychological Harm. Take Meds

Defamation of Character by Google Head Quaters by running a lie across its platforms. Running a False Statement Saying I told Police I'm Batman. Flat out lie. This Never happen. Take Meds for Ankle

Page 2