**SCANNED**

TO: Clerk of the Court
U.S. District Courthouse
280 South 1st Street
San Jose, CA 95113

**RECEIVED**
MAR 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

From: Thomas Byrd # S-09454
P.O. Box 7711
Centralia IL 62801

Ref: Case No. 21-CV-00571 EJD

I'm a inmate in Illinois Prison. My case: Thomas Byrd v Googleheadquaters, has been assigned to Honorable Edward J. Davila in San Jose division. I'm not getting the filing on my case. The E-File here cant pull California up. I'm in the blind. Can you send me everything that was filed on my case. I didnt get a schedule or anything. Can you help. The number here is (618) 533-4111 ask for Counselor Stubhart
* Do I have a Lawyer appointed? Please write Back.

